GREATER ENGLEWOOD HOUSING CORP., NO. 1
v. J. D. CONSTRUCTION CORP.

June 24, 1980.

Cross–Petition for certification denied.

JOAN SCHROEDER v. BOARD OF REVIEW, DIVISION OF
EMPLOYMENT SECURITY.

June 24, 1980.

Petition for certification denied.

STATE IN THE INTEREST OF C. B.

June 24, 1980.

Petition for certification denied. (See 173 *N.J.Super.* 424)